# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-160-KDB-DCK

| | |
|---|---|
| **CATHY ANNE CARSWELL REIS,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **FIFTH THIRD BANK and DOES 1-10,** | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) filed by Kristen P. Watson, concerning Dillon D. Chen on October 9, 2020. Dillon D. Chen seeks to appear as counsel *pro hac vice* for Defendant Fifth Third Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) is **GRANTED**. Dillon D. Chen is hereby admitted *pro hac vice* to represent Defendant.

Signed: October 9, 2020

David C. Keesler
United States Magistrate Judge